■ LEVY v SUPERVISORY MANAGEMENT CORP. [671 NYS2d 648] —Appeal of Parkchester Management Corp., Parkchester Apartment Company and Parkchester South Condominium withdrawn. [See this Court's prior order entered Oct. 9, 1997 (243 AD2d 1052), withdrawing the appeal of the remaining appellants.] Concur—Sullivan, J. P., Milonas, Rosenberger, Ellerin and Nardelli, JJ.